CLOSE, appellant, and CLOSE, respondent.

Decree unanimously affirmed for the reasons stated in the opinion of the Vice-Chancellor, reported in 10 *C. E. Green* 434.